IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Andrade-Pocasangre,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane, et al.,<br><br>    Respondent. | No. CV 10-1660-PHX-ROS (ECV)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE ROSLYN O. SILVER, CHIEF UNITED STATES DISTRICT JUDGE:

      On August 5, 2010, Petitioner Carlos Andrade-Pocasangre filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner alleges that immigration officials are detaining him under 8 U.S.C. § 1231(a) and that he is subject to prolonged detention because he cannot be removed from the United States until the Ninth Circuit Court of Appeals resolves his appeal from the denial of his motion to reopen. Petitioner argues that § 1231(a) should be construed as requiring a bond hearing before a neutral decision-maker in which the Department of Homeland Security (DHS) would have the burden to show he is a flight risk or danger to the community. Petitioner seeks an order directing DHS to provide him with a timely bond hearing.

On March 8, 2011, Petitioner filed a Motion for Summary Judgment (Doc. 14) in which he argues that a new Ninth Circuit decision, <u>Diouf v. Napolitano</u>, 634 F.3d 1081 (9th Cir. 2011), provides that aliens detained while a motion to reopen is pending under § 1231(a)(6) are entitled to a custody redetermination hearing. On April 15, 2011, Petitioner filed a Motion to Dismiss Without Prejudice (Doc. 19) after he received a custody redetermination hearing and was released on bond on April 14, 2011. Respondents filed a Response to Petitioner's Motion to Dismiss (Doc. 20) on April 15, 2011, indicating no opposition to the motion. The court will therefore recommend that the motion to dismiss be granted and the habeas petition be dismissed without prejudice.

**IT IS THEREFORE RECOMMENDED:**

That Petitioner's Motion to Dismiss Without Prejudice (Doc. 19) be **GRANTED**;

That the Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED** without prejudice; and

That the Motion for Summary Judgment (Doc. 14) be **DENIED AS MOOT**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have 14 days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. <u>See</u>, 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72. Thereafter, the parties have 14 days within which to file a response to the objections. Failure to timely file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. <u>See United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure to timely file objections to any factual determinations of the

///

///

1   Magistrate Judge will be considered a waiver of a party's right to appellate review of the
2   findings of fact in an order of judgment entered pursuant to the Magistrate Judge's
3   recommendation.  <u>See</u> Fed. R. Civ. P. 72.

4   DATED this 20th day of April, 2011.

Edward C. Voss
United States Magistrate Judge