IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Carlos Andrade-Pocasangre, | No. CV-10-1660-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Katrina Kane, et al., | |
| Defendants. | |

On April 20, 2011, Magistrate Judge Edward C. Voss issued a Report and Recommendation recommending the motion to dismiss without prejudice be granted, the petition for writ of habeas corpus be dismissed without prejudice, and the motion for summary judgment be denied as moot. No objections having been filed, the Magistrate Judge's recommendations will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED**.

**IT IS FURTHER ORDERED** the Motion to Dismiss Without Prejudice (Doc. 19) is **GRANTED**. The Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice. The Clerk shall close this case.

1    **IT IS FURTHER ORDERED** the Motion for Summary Judgment (Doc. 14) is
2    **DENIED** as moot.
3        Dated this 10th day of May, 2011.

_____
Roslyn O. Silver
Chief United States District Judge